UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

#149789

FILED
2010 FEB 11 AM 11: 16

| IN RE: | ) | CASE NO. 08-19300 |
| --- | --- | --- |
| | ) | |
| JOHN LAZZARO and | ) | JUDGE MORGENSTERN-CLARREN |
| CLAIRE LAZZARO, | ) | |
| Debtors | ) | **TRANSMITTAL OF UNCLAIMED** |
| | ) | **FUNDS** |

**TO THE CLERK OF COURT:**

Check No. 1013 in the amount of $733.86 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).

| CREDITOR(S): | CLAIM NUMBER | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
| --- | --- | --- | --- |
| FIA CARD SERVICES BANK OF AMERICA PO BOX 248809 OKLAHOMA CITY, OK 73124 | 7 | $23,726.16 | $733.86 |

CK 1013

DATED: February 8, 2010

/s/ Mary Ann Rabin
MARY ANN RABIN (#0000009)
Rabin & Rabin Co., L.P.A.
55 Public Square, Suite 1510
Cleveland, OH 44113
216-771-8084
Trustee-in-Bankruptcy